Luis Aurelio **PEREZ–ROMERO,**
Petitioner,

v.

Eric H. **HOLDER, Jr., Attorney General, Respondent.**

No. 13–71580.

United States Court of Appeals,
Ninth Circuit.

March 10, 2015.*

Filed March 17, 2015.

Christopher John Stender, Esquire, Federal Immigration Counselors, AZ, PC, Phoenix, AZ, for Petitioner.

OIL, Timothy Hayes, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, WARDLAW, and PAEZ, Circuit Judges.

MEMORANDUM **

Luis Aurelio Perez–Romero, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") decision denying his motion to reconsider its prior decision sua sponte. We dismiss the petition for review.

As Perez–Romero concedes, we lack jurisdiction to review his challenge to the BIA's discretionary decision not to grant sua sponte reconsideration. *Ekimian v.*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*INS*, 303 F.3d 1153, 1160 (9th Cir.2002); *see also Mejia–Hernandez v. Holder*, 633 F.3d 818, 824 (9th Cir.2011) (this court lacks jurisdiction to review the BIA's decision whether to reopen sua sponte).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.